# Supreme Court of Florida

_____

No. SC15-865
_____

**INQUIRY CONCERNING A JUDGE, NO. 14-482
RE: VICTORIA L. GRIFFIN.**

[June 18, 2015]

PER CURIAM.

We have for review a stipulation between the Florida Judicial Qualifications Commission ("JQC") and Judge Victoria L. Griffin, as well as the JQC's findings and recommendation that Judge Griffin be publicly reprimanded for violating the Code of Judicial Conduct. We have jurisdiction. See art. V, § 12, Fla. Const.

"[A]t the inception of her judicial campaign, Judge Griffin failed to follow Florida law when she opened her campaign account, and lent money to her campaign prior to filing the necessary qualification paperwork with the qualifying officer." Judge Griffin admits that her conduct violated portions of Chapter 106 of the Florida Statutes and Canons 1, 2(A), 7(A)(3)(a), and 7(E) of the Code of Judicial Conduct. Further, Judge Griffin accepts full responsibility and acknowledges that the conduct should not have occurred. We accept the

stipulation and approve the JQC's findings and recommended sanction of a public reprimand. Accordingly, we hereby command Judge Griffin to appear before this Court at a time to be established by the Clerk of this Court.

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON, and PERRY, JJ., concur.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION, AND IF FILED, DETERMINED.

Original Proceeding – Judicial Qualifications Commission

Ricardo Morales, III, Chair, and Alexander John Williams, Assistant General Counsel, Tallahassee, Florida,

for Judicial Qualifications Commission, Petitioner

Judge Victoria L. Griffin, pro se, Nineteenth Judicial Circuit, Vero Beach, Florida,

for Respondent